**STATE of Missouri, Respondent,**

v.

**Stevenson EDWARDS, Appellant.**

**No. ED 103291**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: May 24, 2016

Randall Brachman, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Peter O. Bruntrager, 1114 Market Street, Room 401, St. Louis, MO 63101, for respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

**ORDER**

PER CURIAM.

Stevenson Edwards ("Defendant") appeals from the judgment entered on his conviction after a jury trial of one count of domestic assault in the third degree for attempting to cause physical injury to A.H. Defendant challenges the admission of prior bad acts evidence and claims a juror was unfairly influenced. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the trial court did not abuse its discretion. An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).